IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ALL FUNDS CONTAINED WITHIN OR<br>HELD THROUGH THE FOLLOWING:<br>ACCOUNT NO. DE 0127555 01, and<br>ACCOUNT NO. DE 0115584 01,<br>LOCATED AT DEUTSCHE BANK, LEER,<br>GERMANY,<br>Defendants. | Case No. 10–CV–00755–JPG–GCS |

## **JUDGMENT**

This matter having come before the Court, and Plaintiff United States of America having voluntarily dismissed the complaint,

**IT IS HEREBY ORDERED AND ADJUDGED** that the claims in this civil forfeiture action are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

Dated: September 26, 2019     **MARGARET M. ROBERTIE,**
                              **CLERK OF COURT**

                              **s/Tina Gray, Deputy Clerk**


 Approved by: **s/J. Phil Gilbert**
              **United States District Judge**